IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFF GLAZE,<br><br>              Plaintiff,<br><br>vs.<br><br>PEGASUS LOGISTICS GROUP, a Texas Corporation; UNITED HEALTHCARE, a Delaware Corporation; UNITED HEALTHCARE OF WASHINGTON, a Washington Corporation; OPTUM HEALTH CARE SOLUTIONS, a Delaware Limited Liability Company,<br><br>              Defendants. | CASE NO. 2:22-cv-00117<br><br>STIPULATED MOTION AND ORDER TO SET ASIDE ORDER OF DEFAULT AGAINST DEFENDANT UNITEDHEALTHCARE OF WASHINGTON, INC. |

## **STIPULATION**

Plaintiff Jeff Glaze, by and through his attorneys Donald W. Heyrich and Joseph W. Wright of HKM Employment Attorneys LLP; and Defendants UnitedHealthcare, Inc. (named as United Healthcare), UnitedHealthcare of Washington, Inc. (named as United Healthcare of Washington), and OptumHealth Care Solutions, LLC (named as Optum Health Care Solutions), by and through their attorneys Shawn Larsen-Bright and Wendy M. Feng, of Dorsey & Whitney LLP, jointly submit this Stipulated Motion to Set Aside the Order of Default Against Defendant United Healthcare of Washington, Inc. in accordance with FRCP 55.

The parties hereby stipulate that the Order of Default entered against Defendant UnitedHealthcare of Washington, Inc. prior to removal (King County Superior Court Case No. 21-

STIPULATED MOTION TO
SET ASIDE DEFAULT — - 1 -
CASE NO. 2:22-cv-00117
4896-2480-4108\1

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

2-16456-7 SEA, Dkt. #14) should be vacated without costs or fees to either party. The parties jointly stipulate and request that the Court enter the Order below.

DATED this 4th day of February 2022.

| | |
|---|---|
| */s/ Joseph Wright (with email authorization)* <br> Donald W. Heyrich, WSBA No. 23091 <br> Joseph W. Wright, WSBA No. 55956 <br> HKM Employment Attorneys LLP <br> 600 Stewart Street, Suite 901 <br> Seattle, WA  98101 <br> Telephone: (206) 826-5357 <br> Email: dheyrich@hkm.com <br>  jwright@hkm.com <br><br> *Attorneys for Plaintiff Jeff Glaze* | */s/ Shawn Larsen-Bright* <br> Shawn Larsen-Bright, WSBA No. 37066 <br> Wendy M. Feng, WSBA No. 53590 <br> Dorsey & Whitney LLP <br> 701 Fifth Avenue, Suite 6100 <br> Seattle, WA 98104 <br> Telephone: (206) 903-8800 <br> Email: larsen.bright.shawn@dorsey.com <br>  feng.wendy@dorsey.com <br><br> *Attorneys for Defendants United Healthcare, Inc., United Healthcare of Washington, Inc, and Optum HealthCare Solutions, LLC* |

STIPULATED MOTION TO SET ASIDE DEFAULT CASE NO. 2:22-cv-00117

- 2 -

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

4896-2480-4108\1

**ORDER**

Pursuant to FRCP 55 and the foregoing Stipulation, the Order of Default previously entered against Defendant UnitedHealthcare of Washington, Inc. prior to removal (King County Superior Court Case No. 21-2-16456-7 SEA, Dkt. #14) is hereby set aside without costs or fees to any party. United Healthcare of Washington, Inc. may respond to the complaint and otherwise defend.

IT IS SO ORDERED this 4th day of February, 2022

_____
Barbara Jacobs Rothstein
U.S. District Judge

STIPULATED MOTION TO
SET ASIDE DEFAULT          - 3 -
CASE NO. 2:22-cv-00117
4896-2480-4108\1

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820