The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFF GLAZE,<br><br>          Plaintiff,<br><br>v.<br><br>PEGASUS LOGISTICS GROUP, a Texas Corporation; UNITED HEALTHCARE, a Delaware Corporation; UNITED HEALTHCARE OF WASHINGTON, a Washington Corporation; OPTUM HEALTH CARE SOLUTIONS, a Delaware Limited Liability Company,<br><br>          Defendants. | Case No.: 2:22-cv-00117-BJR<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT** |

   Pursuant to LCR 7(j), IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Jeff Glaze and Defendant Pegasus Logistics Group, through counsel of record, that the date by which Defendant must answer, plead, or otherwise respond to Plaintiff's Complaint is March 31, 2022.  This Stipulation shall not in any way affect the parties' reservation of rights and remedies, subject only to the extension of time provided herein.

/ /

/ /

STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER
PLAINTIFF'S COMPLAINT- 1
(Case No.: 2:22-CV-00117-BJR)

**POLSINELLI**
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

1  DATED this 4th day of March, 2022.

2

3                                            POLSINELLI PC

4                                            By: */s/ Jessica M. Andrade*
                                                 Jessica M. Andrade, WSBA #39297
5                                                Marc Cabrera, admitted *pro hac vice*
                                                 1000 2nd Avenue, Suite 3500
6                                                Seattle, WA 98104
                                                 Telephone: (206) 393-5400
7                                                Facsimile: (206) 393-5401
                                                 Email: jessica.andrade@polsinelli.com
8

9                                            By: */s/ Marc Cabrera*
                                                 Marc Cabrera, admitted *pro hac vice*
10                                               2950 North Harwood, Suite 2100
                                                 Dallas, TX 75201
11                                               Telephone: (214) 393-5400
                                                 Facsimile: (214) 393-5401
12                                               Email: mcabrera@polsinelli.com

13

14                                           SANDERS COLLINS PLLC

15
                                             By: */s/ Jason L. Sanders*
16                                               Jason L. Sanders, admitted *pro hac vice*
                                                 325 N. St. Paul St., Suite 3100
17                                               Dallas, TX 75201
                                                 Telephone: (214) 775-0631
18                                               Email: jsanders@sanderscollins.com

19
                                             *Attorneys for Defendant Pegasus Logistics Group*
20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER
PLAINTIFF'S COMPLAINT - 2
(Case No.: 2:22-cv-00117-BJR)



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

|   |   |
|---|---|
| 1 |  |
| 2 | HKM EMPLOYMENT ATTORNEYS LLP |
| 3 | By: */s/ Donald M. Heyrich* |
| 4 | Donald M. Heyrich, WSBA #32090 |
|   | 600 Stewart Street, Suite 901 |
| 5 | Seattle, WA 98101 |
|   | Telephone: (206) 838-2504 |
| 6 | Facsimile: (206) 260-3055 |
|   | Email: dheyrich@hkm.com |
| 7 |  |
| 8 | By: */s/ Joseph W. Wright* |
|   | Joseph W. Wright, WSBA #55956 |
| 9 | 600 Stewart Street, Suite 901 |
|   | Seattle, WA 98101 |
| 10 | Telephone: (206) 838-2504 |
|   | Facsimile: (206) 260-3055 |
| 11 | Email: jwright@hkm.com |
| 12 | *Attorneys for Plaintiff Jeff Glaze* |

STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER
PLAINTIFF'S COMPLAINT - 3
(Case No.: 2:22-cv-00117-BJR)



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

## **ORDER**

Upon the Stipulated Motion to Extend Time to Answer Plaintiff's Complaint, and for good cause shown, the Court grants the Motion. The deadline for Defendant Pegasus Logistics Group to answer, plead, or otherwise respond to Plaintiff's Complaint is March 31, 2022.

IT IS SO ORDERED.

DATED: March 7, 2022

                                  s/Barbara J. Rothstein
                                  Barbara Jacobs Rothstein
                                  United States District Court Judge

