The Honorable Barbara J. Rothstein

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEFF GLAZE,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>PEGASUS LOGISTICS GROUP, a Texas Corporation; BLUE CROSS AND BLUE SHIELD OF TEXAS, a Texas Corporation; UNITED HEALTHCARE SERVICES, INC., a Minnesota Corporation; OPTUMHEALTH FINANCIAL SERVICES, a Delaware Corporation,<br><br>　　　　　　　　　Defendants. | Case No.: 2:22-cv-00117-BJR<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

Pursuant to LCR 7(j), IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Jeff Glaze and Defendant Pegasus Logistics Group, through counsel of record, that the date by which Defendant must answer, plead, or otherwise respond to Plaintiff's Amended Complaint for Damages [Dkt. 19] is April 14, 2022. This Stipulation shall not in any way affect the parties' reservation of rights and remedies, subject only to the extension of time provided herein.

STIPULATED MOTION AND ORDER TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S AMENDED COMPLAINT- 1
(Case No.: 2:22-CV-00117-BJR)

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

1   DATED this 28th day of March, 2022.

                                          POLSINELLI PC

                                          By: */s/ Jessica M. Andrade*
                                              Jessica M. Andrade, WSBA #39297
                                              Marc Cabrera, admitted *pro hac vice*
                                              1000 2nd Avenue, Suite 3500
                                              Seattle, WA 98104
                                              Telephone: (206) 393-5400
                                              Facsimile: (206) 393-5401
                                              Email: jessica.andrade@polsinelli.com

                                          By: */s/ Marc Cabrera*
                                              Marc Cabrera, admitted *pro hac vice*
                                              2950 North Harwood, Suite 2100
                                              Dallas, TX 75201
                                              Telephone: (214) 393-5400
                                              Facsimile: (214) 393-5401
                                              Email: mcabrera@polsinelli.com


                                          SANDERS COLLINS PLLC

                                          By: */s/ Jason L. Sanders*
                                              Jason L. Sanders, admitted *pro hac vice*
                                              325 N. St. Paul St., Suite 3100
                                              Dallas, TX 75201
                                              Telephone: (214) 775-0631
                                              Email: jsanders@sanderscollins.com

                                          *Attorneys for Defendant Pegasus Logistics Group*

STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER
PLAINTIFF'S AMENDED COMPLAINT - 2
(Case No.: 2:22-cv-00117-BJR)



Case 2:22-cv-00117-BJR   Document 27   Filed 03/29/22   Page 3 of 4

HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Joseph W. Wright*
　　Joseph W. Wright, WSBA #55956
　　600 Stewart Street, Suite 901
　　Seattle, WA 98101
　　Telephone: (206) 838-2504
　　Facsimile: (206) 260-3055
　　Email: jwright@hkm.com

*Attorneys for Plaintiff Jeff Glaze*

STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER
PLAINTIFF'S AMENDED COMPLAINT - 3
(Case No.: 2:22-cv-00117-BJR)

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

**ORDER**

Upon the parties' Stipulated Motion to Extend Time to Respond to Plaintiff's Amended Complaint, and for good cause shown, the Court grants the Motion. The deadline for Defendant Pegasus Logistics Group to answer, plead, or otherwise respond to Plaintiff's Amended Complaint is April 14, 2022.

IT IS SO ORDERED.

DATED: March 29, 2022

s/Barbara J. Rothstein
The Honorable Barbara J. Rothstein
United States District Court Judge

STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER
PLAINTIFF'S AMENDED COMPLAINT - 4
(Case No.: 2:22-cv-00117-BJR)



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400