The Honorable Barbara J. Rothstein

UNNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFF GLAZE, an individual, on behalf of himself and his marital community<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PEGASUS LOGISTICS GROUP, a Texas Corporation; UNITED HEALTHCARE, a Delaware Corporation; UNITED HEALTHCARE OF WASHINGTON, a Washington Corporation; OPTUM HEALTH CARE SOLUTIONS, a Delaware Limited Liability Company<br><br>　　　　　　Defendants. | NO. 2:22-cv-00117-BJR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT FOR DAMAGES** |

This matter comes before the Court on Plaintiff Jeff Glaze's Unopposed Motion for Leave to File Amended Complaint for Damages. The Court, having fully reviewed the pleadings and papers on file, and the following documents:

1. Plaintiff's Unopposed Motion for Leave to Amend Complaint for Damages, attachments thereto and supporting declaration.

Having fully considered the matter, the Motion is hereby GRANTED. Plaintiff is directed to file the Second Amended Complaint attached to his motion.

DATED this 18th day of October, 2022.

_____
THE HONORABLE BARBARA J. ROTHSEIN
UNITED STATES DISTRICT COURT JUDGE

ORDER - 1

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504