THE HONORABLE BARBARA J. ROTHSTEIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEFF GLAZE,<br><br>                    Plaintiff,<br><br>vs.<br><br>PEGASUS LOGISTICS GROUP, a Texas Corporation; BLUE CROSS AND BLUE SHIELD OF TEXAS, a Texas Corporation; UNITED HEALTHCARE SERVICES, INC., OPTUMHEALTH FINANCIAL SERVICES, INC., a Delaware Corporation<br>                    Defendants. | Case No. 2:22-cv-00117-BJR<br><br>**JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT AND DISCOVERY CUTOFF** |

JEFF GLAZE ("Plaintiff") and PEGASUS LOGISTICS GROUP, BLUE CROSS AND BLUE SHIELD OF TEXAS, UNITED HEALTHCARE SERVICES, INC., and OPTUMHEALTH FINANCIAL SERVICES, INC. (collectively, "Defendants") hereby jointly move for an extension of time for Defendants to file their responsive pleadings to the Second Amended Complaint (Dkt. 45). The Parties collectively request an extension to Thursday, December 8, 2022.

The Parties also jointly move for an extension of the discovery cutoff in this case. The Parties collectively request an extension to Tuesday, February 7, 2023.

JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT – 1 CASE NO. 2:22-CV-00117-BJR

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

A proposed order is being filed in connection with this motion.

DATED this 1st day of November, 2022.

                KILPATRICK TOWNSEND & STOCKTON LLP

                By  */s/ Gwendolyn C. Payton*
                      Gwendolyn C. Payton, WSBA No. 26752
                      gpayton@kilpatricktownsend.com
                      1420 Fifth Ave., Suite 3700
                      Seattle, WA 98101
                      Telephone: (206) 626-7714
                      Facsimile: (206) 623-6793

                *Counsel for Defendant Blue Cross and Blue Shield of Texas Inc.*

                HKM EMPLOYMENT ATTORNEYS LLP

                By  */s/ Joseph Wright*
                      Donald W Heyrich, WSBA No. 23091
                      Joseph Wright, WSBA No. 55956
                      HKM Employment Attorneys LLP
                      600 Stewart Street, Suite 901
                      Seattle, WA 98101
                      206-838-2504
                      Fax: 206-260-3055
                      Email: dheyrich@hkm.com
                      Email: jwright@hkm.com

                *Counsel for Plaintiff Jeff Glaze*

                SANDERS COLLINS PLLC

                By  */s/*    Jason L Sanders
                      Jason L Sanders (Pro Hac Vice)
                      325 N. St. Paul St., Suite 3100
                      Dallas, TX 75201
                      214-775-0631
                      Fax: 214-242-3004
                      Email: jsanders@sanderscollins.com

                POLSINELLI P.C.

                By  */s/ Marc D Cabrera*
                      Jessica M Andrade, WSBA No. 39297
                      Marc D Cabrera (Pro Hac Vice)
                      Polsinelli P.C.

JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT – 2 CASE NO. 2:22-CV-00117-BJR

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

1000 2nd Avenue, Suite 3500
Seattle, WA 98104
206-393-5415
Fax: 206-299-9423
Email: mcabrera@polsinelli.com
Email: jessica.andrade@polsinelli.com

*Counsel for Defendant Pegasus Logistics Group a Texas Corporation*

DORSEY & WHITNEY

By  */s/ Shawn J Larsen-Bright*
    Shawn J Larsen-Bright, WSBA No. 37066
    Wendy M. Feng, WSBA No. 53590
    701 Fifth Avenue, Suite 6100
    Seattle, WA 98104-7043
    206-903-8800
    Email: larsen.bright.shawn@dorsey.com
    Email: feng.wendy@dorsey.com

*Counsel for Defendants United HealthCare Services Inc., OptumHealth Financial Services*

---

JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT – 3 CASE NO. 2:22-CV-00117-BJR

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

**ORDER**

Pursuant to the Stipulation,

**IT IS SO ORDERED.**

The Defendants shall file their responsive pleadings to the Second Amended Complaint (Dkt. 45) by Thursday, December 8, 2022.

The discovery cutoff is extended to Tuesday, February 7, 2023.

Dated this 4th day of November, 2022.

_____
THE HONORABLE BARBARA J. ROTHSTEIN

JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT – 4 CASE NO. 2:22-CV-00117-BJR

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946