UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF GLAZE, <br><br> Plaintiff(s), <br><br> v. <br><br> PEGASUS LOGISTICS GROUP, et al., <br><br> Defendant(s). | CASE NO. C22-0117-KKE <br><br> MINUTE ORDER |

The parties notified the Court that they do not object to terminating the motions pending in this case, in light of their agreement to settle this matter. *See* Dkt. No. 69. The clerk is therefore directed to TERMINATE the pending motions (Dkt. Nos. 48-49).

Dated this 13th day of October 2023.

Ravi Subramanian
Clerk

/s/ Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 1