UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF GLAZE, <br><br>               Plaintiff(s),<br>  v.<br><br>PEGASUS LOGISTICS GROUP, et al.,<br><br>               Defendant(s). | CASE NO. C22-0117-KKE<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

      This matter comes before the Court on the parties' stipulated motion. Dkt. No. 71. The Court GRANTS the motion (Dkt. No. 71) and ORDERS that this action and all claims by Plaintiff Jeff Glaze in this action are DISMISSED in their entirety, with prejudice and without fees or costs to any party.

      Dated this 15th day of November, 2023.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1